IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN R. QUAZZO, | § | |
| Plaintiff, | § § § | |
| | § | Case No. 4:11-cv-02953 |
| v. | § § | JURY DEMANDED |
| ROBERT D. DUNCAN, | § § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

Plaintiff Stephen R. Quazzo advises the Court that a settlement has been reached in the above-captioned matter, which will dispose of and/or will resolve all parties and claims in this lawsuit. Settlement papers and a notice of dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure will be directed to the Court no later than November 30, 2011.

Respectfully submitted,

**KANE RUSSELL COLEMAN & LOGAN PC**

By:   /s/ Jennifer R. Lindsey
      Jennifer R. Lindsey
      State Bar No. 24046296
      S.D. Admission No. 380117
      1601 Elm Street, Suite 3700
      Dallas, Texas  75201
      214.777.4200 – Telephone
      214.777.4299 – Facsimile

      ATTORNEY-IN-CHARGE FOR
      PLAINTIFF STEPHEN R. QUAZZO

      OF COUNSEL:
      James W. Hutchison
      Dara Chevlin Tarkowski
      Katten Muchin Rosenman LLP
      525 W. Monroe Street
      Chicago, IL  60661-3693
      312.902.5468 – Telephone

1552415 (74470.00002.000)

312.577.8617 – Facsimile

COUNSEL FOR PLAINTIFF STEPHEN R. QUAZZO

### CERTIFICATE OF CONFERENCE

This is to certify that I have discussed the contents of the above notice with counsel for Defendant Robert D. Duncan and counsel agreed to the filing of this notice.

   /s/ Jennifer R. Lindsey
Jennifer R. Lindsey

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the clerk of the court for the United States District Court for the Southern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys who have consented in writing to accept this notice as service of this document by electronic means:

Janet E. Militello
Brandon Renken
Locke Lord LLP
600 Travis Street, Suite 2800
Houston, Texas  77002-3095

   November 4, 2011
Date

   /s/ Jennifer R. Lindsey
Jennifer R. Lindsey

1552415 (74470.00002.000)