UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Stephen R. Quazzo, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-11-2953 |
| Robert D. Duncan, | § § § | |
| Defendant. | § | |

## Final Dismissal

On the motion of the parties, this case is dismissed with prejudice; costs of court will be paid by the party incurring them.

Signed on December 12, 2011, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge